B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Greenwich Street Developers, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 26-0401016 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>133 Greenwich Street<br>New York, NY ZIPCODE 10006 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>7200 W. Camino Real Road<br>Suite 302<br>Boca Raton, FL ZIPCODE 33433 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>133 Greenwich Street, New York, NY ZIPCODE 10006 | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for<br>☐ Chapter 9     Recognition of a Foreign<br>☑ Chapter 11    Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>                          Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Greenwich Street Developers, LLC | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: None | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)     Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Greenwich Street Developers, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Kevin J. Nash
Goldberg, Weprin, Finkel,
Goldstein, L.L.P.
1501 Broadway, 22nd Floor
New York, NY 10036
(212) 221-5700  Fax: (212) 730-4518

September 8, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Jacob Sabo
Printed Name of Authorized Individual

Temporary Liquidator of OFEK
Title of Authorized Individual

September 8, 2009
Date

KEVIN J. NASH, ESQ.
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                    Chapter 11

GREENWICH STREET DEVELOPERS, LLC                          Case No.:

                        Debtor.
----------------------------------------------------------x

## CONSOLIDATED AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULES

JACOB SABO affirms as follows:

1. I am the Temporary Liquidator of OFEK International Real Estate Ltd. ("OFEK"), a company organized under the laws of the sovereign nation of Israel. OFEK is currently undergoing insolvency proceedings in the District Court for Tel Aviv – (Bankruptcy File 1619/09). The insolvency proceedings were precipitated by the death of OFEK's principal, Elie Berdugo, who died on February 12, 2008.

2. At the time of Mr. Berdugo's death, OFEK owned indirectly, inter alia, two American subsidiaries, known as Greenwich Street Developers LLC ("Greenwich Street") and Tampa Enclave 52 LLC ("Tampa Enclave")

(collectively, the "American Subsidiaries") which are seeking Chapter 11 relief (collectively, the "Debtors"). The parent/subsidiary relationship between OFEK and the Debtors herein through various intermediate wholly owned general and limited partners are set forth on the chart annexed hereto as Exhibit "1".

3. Each of the American Subsidiaries was involved in a separate real estate development project. These projects unfortunately suffered financial reversals in recent times because of the overall decline in market conditions, as well as the resulting loss of leadership triggered by the untimely death of Mr. Berdugo.

4. More particularly, Greenwich Street owns certain undeveloped real property located at 133 Greenwich Street, New York, New York (the "Greenwich Property"). The Greenwich Property was acquired with the intent of constructing a 203 room luxury hotel at the site. The development plan contemplated utilizing some 131,715 square feet of related air rights associated with the underlying parcel of land consisting of 8,781 square feet.

5. Because of Mr. Berdugo's prior real estate experience, he lent a good deal of creditability to the project. Following his death, the project stalled, while the underlying Greenwich Property itself fell into foreclosure.

6. U.S. Bank National Association ("U.S. Bank"), which originally provided acquisition and pre-development financing, holds a first mortgage in the principal sum of $39 million and commenced a foreclosure action in the Supreme Court, New York County (Index No. 103085/09).

7. While the value of the Greenwich Property has obviously diminished over the last year, there has been renewed interest in the location in recent weeks. The Debtors are hoping to work cooperatively with U.S. Bank on developing a joint marketing plan that promotes the interests of all concerned in the bankruptcy.

8. The second American subsidiary, Tampa Enclave, owns a condominium development in Tampa, Florida known as "The Promenade at Tampa Palms" containing 240 units. Approximately 144 units in the complex remain unsold and their values have eroded because of a decline in the Florida real estate market. The project was financed by Compass Bank which is owed a principal balance of $18,217.292.06 on its first mortgage secured by the unsold units.

9. Compass Bank has instituted foreclosure proceedings in Hillsborough County, Florida and obtained a judgment of foreclosure. As with the Greenwich Property, there has been renewed interest in the Florida assets from third-party investors as well.

10. The Chapter 11 filings preserve the *status quo* and allow the Debtors the opportunity to pursue third-party investors without entanglements posed by the pending foreclosure actions and ensuing interruption in normal operations.

11. Because each of the American Subsidiaries have a separate corporate existence in the United States, owning localized assets, I believe that

3

filings under Chapter 11 are proper, while reserving potential rights to seek additional relief under Chapter 15 of the Bankruptcy Code and recognition of the OFEK insolvency case in the United States.

12. As a fiduciary, I understand that it is my mandate to attempt to realize as much value from the American Subsidiaries as reasonably possible. I view the Chapter 11 filings as a necessary step in that direction.

13. Given the affiliate/subsidiary relationship, these cases are being filed as related proceedings. They are being venued in New York as the location of the Greenwich Property which is the most valuable asset, making Greenwich Street Developers LLC the lead case.

14. Operationally, the Greenwich Property generates no current income, while the unsold units in Tampa are largely occupied and generate monthly rents of $155,890, with a net operating income of approximately $50,440 before payment of taxes and debt service.

Executed September 8, 2009

_____
JACOB SABO

H:\sylviawurd\Greenwich Street Developers, LLC- SABJA.28110\Chapter 11\Local Rule Affirmation (Consolidated) - 9-4-09.doc

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                          Case No.

GREENWICH STREET DEVELOPERS LLC                 Chapter 11

                        Debtor.
-----------------------------------------------------------x

## **LIMITED LIABILITY COMPANY RESOLUTION**

At a special meeting of the direct and indirect members of Greenwich Street Developers LLC (the "Company") held on September 8, 2009, and upon due consent and after motion duly made, seconded and unanimously carried, it is hereby:

> **RESOLVED**, that the Company is authorized and empowered to cause the filing of a petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court in the Southern District of New York, and that the same is in the best interests of the Company and its creditors and equity holders; and it is further
>
> **RESOLVED**, that the Company is authorized to retain the firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as counsel to represent the Company in connection with the purposes of proceeding with prosecution of Chapter 11 case.

Dated: Tel Aviv, Israel
       September __, 2009

GREENWICH STREET DEVELOPERS LLC
By Greenwich GP LLC

By: _____
   Name: Jacob Sabo
   Title: Temporary Liquidator of OFEK
          International Real Estate Ltd.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                               Case No. _____

Greenwich Street Developers, LLC                     Chapter 11
                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _September 8, 2009_    Signature: _____

                         Jacob Sabo, Temporary Liquidator of OFEK International Real Estate Ltd.
                                                                                                               (Print Name and Title)

Airtek Environmental Corp.                                           Amount − Unknown
39 W. 38th St.
New York, NY 10018

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          Chapter 11

GREENWICH STREET DEVELOPERS LLC                 Case No.

Debtor.

## LIST OF EQUITY HOLDERS

Greenwich Street Holdings LLC which is indirectly owned by OFEK New York LP and Greenwich GP LLC both of which are, in turn, owned by OFEK International Real Estate Ltd.

## LIST OF CREDITORS

Airtek Environmental Corp.
39 W. 38th St.
New York, NY 10018

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

NYC Dept. of Finance
Attn: Legal Affairs
345 Adams St. – 3rd Fl.
Brooklyn, NY 11201

NYS Dept. of Taxation & Finance
Bankruptcy/Special Procedures
Bldg. 8, Harriman Campus
Albany, NY 12227

U.S. Bank National Association
c/o Blank Rome LLP
405 Lexington Ave.
New York, NY 10174

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110

Executed on September 8, 2009

                                       GREENWICH STREET DEVELOPERS LLC
                                       By Greenwich GP LLC

                                       By: _____
                                           Name: Jacob Sabo
                                           Title: Temporary Liquidator of OFEK
                                                   International Real Estate Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    Chapter 11

GREENWICH STREET DEVELOPERS LLC                           Case No.

                        Debtor.
-----------------------------------------------------------X

## SCHEDULE OF PENDING LAWSUITS

1.  U.S. Bank National Association
    v. Greenwich Street Developers, LLC, et al.
    Supreme Court, New York County
    Index No. 103085/09
    Foreclosure of Mortgage
    Attorney:   Blank Rome LLP
                The Chrysler Building
                405 Lexington Avenue
                New York, New York 10174

Dated: New York, New York
       September 8, 2009

GREENWICH STREET DEVELOPERS LLC

By: _____
    Name: Jacob Sabo
    Title: Temporary Liquidator of OFEK
           Estate Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                              Chapter 11

GREENWICH STREET DEVELOPERS LLC                     Case No.:

                          Debtor.
-----------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Greenwich Street Developers LLC (the "Debtor"), certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Executed on September 8, 2009

GREENWICH STREET DEVELOPERS LLC

By: _____
Name: Jacob Sabo
Title: Temporary Liquidator of OFEK
       International Real Estate Ltd.

United States Bankruptcy Court
Southern District of New York

IN RE:                                                                                      Case No. _____

Greenwich Street Developers, LLC                              Chapter 11
                                   Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: September 8, 2009     Signature: _____
                                           Jacob Sabo, Temporary Liquidator of OFEK         Debtor

Date: _____    Signature: _____
                                                                                                                                 Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Airtek Environmental Corp.
39 W. 38th St.
New York, NY 10018


Internal Revenue Service
P.O. Box
Philadelphia, PA 19114


NYC Dept. of Finance
Attn: Legal Affairs-Devora Cohn
345 Adams St. - 3rd Floor
Brooklyn, NY 11201


NYS Dept Of Environmental Conservation
625 Broadway
Albany, NY 12233-0001


NYS Dept. of Taxation & Finance
Bankruptcy/Special Procedures
Bldg. 8, Harriman Campus
Albany, NY 12227


U.S. Bank National Association
c/o Blank Rome LLP
405 Lexington Ave.
New York, NY 10174


Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110